UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSENDA FOWLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PARIS & PARIS, LLP, et al.,<br><br>　　　　Defendants. | Case No.: 1:15-cv-00435 --- JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 6) |

On April 8, 2015, Plaintiff notified the Court that the parties had reached a settlement in this matter. (Doc. 6) Thus, pursuant to Local Rule 160, **IT IS HEREBY ORDERED**:

1. The stipulated request for dismissal **SHALL** be filed no later than **June 5, 2015**;
2. In the stipulated dismissal, Defendants **SHALL** indicate whether they consent to magistrate judge jurisdiction for purposes of processing the dismissal;
3. All pending dates, conferences and hearings are **VACATED** and any pending motions are ordered **TERMINATED**.

IT IS SO ORDERED.

Dated:   **April 9, 2015**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE