IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROSENDA FOWLER,**<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>**PARIS & PARIS LLP, et al.,**<br>　　　　　Defendants. | Case No. 1:15-cv-00435 ---JLT<br><br>**ORDER CLOSING THE MATTER**<br><br>(Doc. 9) |

　　On May 15, 2015, Plaintiff filed a notice of voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. 9)  In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action with a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A). "The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the action as to the defendants who are the subjects of the notice." Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Because Plaintiff filed a notice of dismissal of before an answer or motion for summary judgment was filed by Defendants, this case has terminated. Rule 41(a)(1)(A)(i).

///

///

1   Accordingly, the Court ORDERS that the Clerk of the Court is to close this case.

IT IS SO ORDERED.

Dated: **May 18, 2015**            **/s/ Jennifer L. Thurston**
                                   UNITED STATES MAGISTRATE JUDGE